UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR06-52

UNITED STATES OF AMERICA
-vs-

KAWAN DABNEY

REDACTED

JUDGMENT IN A CRIMINAL CASE
(FOR OFFENSES COMMITTED ON OR AFTER NOVEMBER 1, 1987)

CASE NO.: CR-02-1036
COUNSEL: STEPHEN MAHLER

4

THE DEFENDANT:
X   pleaded guilty to count(s)   ONE AS AMENDED OF INDICTMENT
___  was found guilty on count(s) _____
     after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title/Section | Nature of Offense | Date concluded | Count # |
|---|---|---|---|
| 21:960 | CONSP TO IMPORT COCAINE | 11/22/01 | 1 |

The deft is sentenced as provided in pgs. 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___  The deft has been found not guilty on cts. _____ and is discharged as to such cts.
X    Count(s)  RMG   is/are dismissed on motion of A.U.S.A.
X    It is ordered that the deft shall pay a special assessment of $  100.00   for count(s)   ONE   .

IT IS FURTHER ORDERED that the deft shall notify the U.S. attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defts S.S. No.        5073

Defts D.O.B.          78

Defts USM No:   61218-053

Defts residence address:

CUSTODY _____

_____

JULY 18, 2003
Date of imposition of sentence

*Edward R. Korman* (signature)
Signature of Judicial Officer

EDWARD R. KORMAN, U.S.D.J.
Name/Title of Judicial Officer

A TRUE COPY ATTEST
DATED  10/22/03
ROBERT C. HEINEMANN
        CLERK
BY _____
   Deputy Clerk

Deft:       KAWAN DABNEY            Judgment -Page 2 of 4
Case Number:   CR-02-1036

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: FORTY-SIX (46) MONTHS.

X _____ The Court makes the following recommendations to the Bureau of Prisons:

THE COURT REQUESTS SEPARATION FROM CO-DEFT DAVID RYAN.

X _____ The defendant is remanded to the custody of the U.S. Marshal.
_____ The defendant shall surrender to the U.S. Marshal for this district.
  _____ at _____ on _____.
  _____ as notified by the U.S. Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  _____ by _____.
  _____ as notified by the U.S. Marshal.
  _____ as notified by the Probation Office.

## RETURN

I have executed this judgment as follows: _____

_____
_____
_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
United States Marshal

_____
By                Deputy Marshal

Deft: KAWAN DABNEY                    Judgment -Page 3 of 4
Case Number:   CR-02-1036

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   THREE (3) YRS. .

ADDITIONAL CONDITIONS:

 

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state , or local crime.

The defendant shall not illegally possess a controlled substance.

For offenses committed on or after September 13, 1994:

   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

__ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

X   The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921.

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth above.
   The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions set forth above.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substance are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement