REDACTED

PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
02-CR-1036-01

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
CR06-52

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kawan Dabney | Eastern District New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Edward R. Korman | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/7/06 | TO 4/6/09 |

OFFENSE

Conspiracy to Import Cocaine.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___NEW YORK___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Delaware___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/17/06
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___DELAWARE___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/18/06
Effective Date

*[signature]*
United States District Judge