PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1: 06CR00052-001 (JJF) |
| | ) |
| Kawan Dabney, | ) |
| | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Nancy A. Klingler Probation Officer of the Court presenting an official report upon the conduct and attitude of Kawan Dabney, who was placed on supervision by the Honorable Edward Korman, sitting in the court at New York, NY on the 18th day of July 2003, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not posses a firearm as defined in 18 U.S.C. Section 921.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** The defendant shall refrain from unlawful use of a controlled substance.
**Evidence:** On July 24, 2007, the defendant tested positive for the use of marijuana. The defendant admitted to using marijuana.

**PRAYING THAT THE COURT WILL ORDER** ...that the conditions of supervised release be modified to require Kawan Dabney to participate in a substance abuse treatment program which may include urinalysis testing.

**ORDER OF COURT**

So ordered this 14 day of August 2007.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct.

_____
Nancy A. Klingler
U.S. Probation Officer

Executed on   July 27, 2007

Place   Dover, DE